Donovan J. Dunnion
ATTORNEY AT LAW
State Bar Number 70713
600 W. Broadway, Suite 700
San Diego, CA 92101-3216
Telephone: (619) 231-8688

Attorney for Defendant: **Rafael Varela Angulo**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 22-CR-00146 |
| Plaintiff, ) | |
| v. ) | SUBSTITUTION OF ATTORNEY |
| **Rafael Varela Angulo** (6) ) | |
| _____ ) | |

PLEASE TAKE NOTICE THAT defendant **Rafael Varela Angulo** substitutes DONOVAN J. DUNNION as his new counsel of record in place and instead of Kenneth J Troiano

Dated: 10/26/22     _RAFAEL VARELA ANGULO_
                    Rafael Varela Angulo

I CONSENT TO THE SUBSTITUTION:
Dated: 10/26/22     _/s/_
                    Kenneth J Troiano

SUBSTITUTION ACCEPTED:
Dated: 10/26/22     _/s/_
                    DONOVAN J. DUNNION

IT IS SO ORDERED:
Dated: 10/27/2022   _Janis L. Sammartino_
                    HON JANIS L. SAMMARTINO
                    U.S. ~~Magistrate Judge~~ District Judge

1
SUBSTITUTION OF ATTORNEY